UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD CO.,<br><br>        Defendant. | Case No:  C 15-02211-SBA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE SURREPLY** |

The Court hereby directs Plaintiff to file a surreply not to exceed three (3) pages responding *only* to Defendant's argument in its reply brief regarding "shop rights." See Def.'s Reply at 3, Dkt. 32.  Plaintiff shall file said surreply by November 30, 2015.

IT IS SO ORDERED.

Dated: 11/20/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge