UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT PACKARD CO.,<br><br>    Defendant. | Case No:  C 15-02211-SBA<br><br>**JUDGMENT** |

In accordance with and pursuant to the Court's Order Granting Defendant Hewlett Packard Co.'s Motion to Dismiss, Dkt. 42,

IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of Defendant Hewlett Packard Co.

Each party to bear their own costs.

IT IS SO ORDERED.

Dated:  1/26/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge